

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

**MUSTAPHA JALLOW,**

    Plaintiff,

v.

THE UNIVERSITY OF CHICAGO,

    Defendant.

FILED

AUG 04 2025 JXM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No.:   1:25-cv-05467

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mustapha Jallow hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice. Defendant has not been served with process, and no answer or motion for summary judgment has been filed.

Dated: August 5, 2025

Respectfully submitted,

Mustapha Jallow

810 West Grace Street, Apt 1201

Chicago, IL 60613

mustaphaj@gmail.com

(XXX) XXX-XXXX

Pro Se Plaintiff